IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1194-MHT |
| TOWN OF CUBA, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by April 5, 2007, as to why said motion should not be granted as requested.

DONE, this 6th day of February, 2007.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE