IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN DILLARD, et al.,        )
                             )
      Plaintiffs,            )
                             )
      v.                     )        CIVIL ACTION NO.
                             )        2:87cv1194-MHT
TOWN OF CUBA,                )            (WO)
                             )
      Defendant.            )

FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why

this case should not be dismissed (Doc. No. 2), an order

was entered on February 6, 2007 (Doc. No. 3), directing

defendant Town of Cuba to show cause, if any there be, in

writing by April 5, 2007, as to why said motion should

not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and

the final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER,

JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case

should not be dismissed (Doc. No. 2) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of the court entered April 29, 1988, providing that the Town Council of the Town of Cuba consist of five members elected at-large, without designated or numbered places, with the five candidates receiving the most votes being elected, and each voter casting only one vote.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Cuba is dissolved.

(4) All claims against defendant Town of Cuba in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of April, 2007.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE